Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Donald Perry                    **Case Number:** 08-CR-10307

**Name of Sentencing Judicial Officer:** The Honorable Patti B. Saris, U.S. District Judge

**Date of Original Sentence:** April 14, 2009

**Original Offense:** Assault on a Federal Officer, in violation of 18 U.S.C. § 111 (a)(1)

**Original Sentence:** 30 months of imprisonment followed by 36 months of supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** October 17, 2010

---

## PETITIONING THE COURT

[  ]     To extend the term of supervision for years, for a total term of years
[X]     To modify the conditions of supervision as follows:

**The defendant will remain at the Coolidge House for an additional term of up to six months or until such time that he secures a personal residence approved by the U.S. Probation Office. While residing at the Coolidge House, the defendant will abide by all program rules and regulations.**

## CAUSE

Donald Perry is currently residing at the Coolidge House as a condition of his supervised release and is expected to complete his current term on April 16, 2011. Mr. Perry has been unable to secure full-time employment and does not have the funding to secure a personal residence. He recently began a culinary arts training program through Community Work Services in Boston, Massachusetts. When he completes the training portion of the program he will work with a placement specialist to assist him in locating employment. Given that Mr. Perry does not have an identifiable release address, our office recommended that he agree to modify his conditions to remain at the Coolidge House. On March 30, 2011 he signed the Probation Form 49 and agreed to remain at the Coolidge House until such time that he can secure employment and identify a release address. The form has been attached to this petition for the Court's review.

Prob 12B

- 2 -

**Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender**

Reviewed/Approved by:                                    Respectfully submitted,

/s/ Brian McDonald                        By      /s/ Jeffrey R. Smith
Brian McDonald                                    Jeffrey R. Smith
Supervising U.S. Probation Officer                Senior U.S. Probation Officer
                                                  Date: April 1, 2011

**THE COURT ORDERS**
[  ]     No Action
[  ]     The Extension of Supervision as Noted Above
[  ]     The Modification of Conditions as Noted Above
[  ]     Other

_____
The Honorable Patti B. Saris
U.S. District Judge


_____
Date